`                IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA -EX RELATOR'S- MR. GEORGE BOOKER, ET. AL., | : : : : | CIVIL ACTION |
| Plaintiff, | : : | 02-4552 |
| v. | : : | |
| 900,000 "ELECTORS" OF PENNSYLVANIA, | : : | |
| Defendants. | : | |

## ORDER

AND NOW, this           day of August, 2002, upon consideration of the Requests of George Booker, Gary Walker, and Robert X. Taylor to remove their names as Plaintiffs from the caption of the above-captioned case (Documents No. 4, 5, and 6), it is hereby ORDERED that the Requests are DENIED AS MOOT.[1]

                              BY THE COURT:


                              _____
                              J. CURTIS JOYNER, J.

---

[1] On July 18, 2002, this Court entered a Memorandum and Order which dismissed this action.  Thus, the case is now closed.